IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>                **Plaintiff**,<br>v.<br><br>M.J. MENEFEE CONSTRUCTION, INC., a California Corporation; MICHAEL J. MENEFEE, an individual; and DEBORAH MENEFEE, an individual,<br><br>                **Defendants.** | CV F 06-0392 AWI DLB<br><br>ORDER SETTING HEARING ON PLAINTIFF'S APPLICATION FOR WRIT OF ATTACHMENT |

Plaintiff's ex parte application for attachment is pending in this action and is set for hearing before Magistrate Judge Dennis L. Beck on Friday, May 26, 2006.

The court has determined that it is necessary to reschedule the hearing on Plaintiff's motion. Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 26, 2006, is VACATED. The hearing on this matter is set for Tuesday, May 30, 2006, at 1:30 p.m. in Courtroom Two, before the undersigned.

IT IS SO ORDERED.

**Dated:   May 19, 2006**                               /s/ Anthony W. Ishii
0m8i78                                                       UNITED STATES DISTRICT JUDGE