NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S)

James D. Curran (SBN 126586)/Jaime E. Godin (SBN 233187)
Wolkin Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, CA 94111
Tel: (415)982-9390

BAR NO.: 126586 / 233187



**FILED**

MAY 3 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### Eastern DISTRICT OF CALIFORNIA

| | |
|---|---|
| Great American Insurance Company | CASE NUMBER<br>1:06-CV-00392-AWI-DL |
| **PLAINTIFF(S)** | **EX PARTE**<br>[X] RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (RESIDENT) |
| VS<br>M.J. Menefee Construction, Inc.; Michael J. Menefee; Deborah Menefee | |
| **DEFENDANT(S)** | [ ] ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (RESIDENT) |

1. The application and supporting affidavit of plaintiff *(name)*: Great American Insurance Company

for an ex parte
   [X] right to attach order and order for issuance of writ of attachment
   [ ] order for issuance of a writ of attachment
has been considered by the court.

### FINDINGS

2. THE COURT FINDS

   a. Defendant is a
   [ ] corporation    [ ] partnership    [ ] unincorporated association    [X] natural person

   b. [X] The claim upon which the application is based is one upon which an attachment may be issued.

   c. [X] Plaintiff has established the probable validity of the claim upon which the application is based.

   d. [X] A Right to Attach Order was issued pursuant to [ ] CCP 484.090 (on notice) [X] CCP 485.220 (ex parte) on *(date)*:

   e. [ ] The court pursuant to CCP 485.240 found plaintiff is entitled to a Right to Attach Order on *(date)*:

   f. [X] The affidavit accompanying the application shows that the property sought to be attached is not exempt from attachment.

   g. [ ] The portion of the property sought to be attached described in item 3b is not exempt from attachment.

   h. [X] An undertaking in the amount of
   $ 10,000.00    is required before a writ shall issue, and plaintiff
   [X] has    [ ] has not    filed an undertaking in that amount.

   i. Great or irreparable injury will result to the plaintiff if issuance of the order is delayed until the matter can be heard on notice, based on the following:

      (1) [X] There is a danger that the property sought to be attached would be
        (a) [X] concealed.
        (b) [X] substantially impaired in value.
        (c) [ ] made unavailable to levy by other than concealment or impairment in value.

      (2) [ ] A bulk sales notice was recorded and published pursuant to Division 6 of the Commercial Code with respect to a bulk transfer by the defendant.

      (3) [ ] An escrow has been opened pursuant to the provisions of Bus. & Prof. Code 24074 with respect to the sale by the defendant of a liquor license *(specify license number)*:

      (4) [ ] Other circumstances *(indicate)*:

   j. [X] The attachment is not sought for a purpose other than the recovery on the claim upon which the application is based.

   k. [ ] Other *(specify)*:

*(Continued on reverse)*

Case 1:06-cv-00392-LJO-DLB    Document 25    Filed 05/30/06    Page 2 of 5

| SHORT TITLE: Great American v. M.J. Menefee Construction | CASE NUMBER 1:06-CV-00392-AWI-DL |
|---|---|

## ORDER

3.  IT IS ORDERED

a. ☒ Plaintiff has a right to attach property of defendant *(name)*: Michael J. and Deborah Menefee

in the amount of $ 903,830.54

b. ☒ The clerk shall issue a writ of attachment    ☒ forthwith    ☐ upon the filing of an undertaking
in the amount of $ 903,830.54            against defendant for

(1) ☐ any property of a defendant who is not a natural person for which a method of levy is provided.
(2) ☒ property of a defendant who is a natural person *(describe property and identify statute authorizing method of levy)*:
See Attachment 1

Where required provide the following additional information:

(a) ☐ The property is in the possession, custody, or control of a nondefendant, or a nondefendant has an interest in the property *(state the name and address of the nondefendant)*:

(b) ☐ The property is a crop, timber, or mineral or the like *(describe the real property on which it is located)*:

(c) ☐ The property is covered by a bulk sales notice.
(d) ☐ The property is plaintiff's share of proceeds from an escrow in which defendant's liquor license is sold *(specify license number)*:

(e) ☐ The property is money of a defendant who is a natural person, and the property is
(i) ☐ located on the premises where a trade, business. or profession is conducted by defendant;
(ii) ☐ in excess of $1,000 located elsewhere than on the premises where a trade, business, or profession is conducted by defendant and not in deposit accounts;
(iii) ☐ located in a deposit account in excess of $1,000;
(iv) ☐ in excess of an aggregate amount of $1,000 located
☐ in deposit accounts.
☐ in a deposit account and money located elsewhere than on the premises where a trade, business, or profession is conducted by defendant.

c. ☐ Defendant *(name)*:

shall transfer to the levying officer possession of
☐ any documentary evidence in defendant's possession of title to any property described in item 3b;
☐ any documentary evidence in defendant's possession of debt owed to defendant described in item 3b;
☐ the following property in defendant's possession *(specify)*:

**NOTICE TO DEFENDANT:** Failure to comply with this order may subject you to arrest and punishment for contempt of court.

d. ☐ Special Appointment for service by a private person pursuant to Local Rule 19.2 and 19.3 granted.

e. ☐ Other:

f. ☑ Total number of boxes checked in item 3: 4

Date: 5-30-06

ANTHONY W. ISHII
*(TYPE OR PRINT NAME)*

▶ _____
(Signature of Magistrate)

# ATTACHMENT 1

## ATTACHMENT 1 – Property to be Attached

### I. Interests in Real Property

Pursuant to California Code of Civil Procedure section 487.010(c)(1), all three (3) pieces of the real property owned by Defendants Michael J. Menefee and/or Deborah Menefee, as listed below, are subject to attachment because they are interests in real property and are not leasehold estates with unexpired terms of less than one year.

Pursuant to California Code of Civil Procedure sections 488.315, to attach real property, the levying officer shall comply with Section 700.015 and the recorder shall index the copy of the writ of attachment and a notice of attachment as provided in that section.

- **Assessor's Parcel Number 348-074-07**

  Address: 9768 South Leonard Avenue, Selma, California 93662

  Legal Description: The South 221.6 feet of the North half of the Southwest quarter of the Southeast quarter; measured along the West line thereof, lying West of the centerline of Huntsman Ditch in Section 25, Township 15 South, Range 21 East, Mount Diablo Base and Meridian, in the County of Fresno, State of California, according to the United States Government Township Plat approved by the Surveyor General on July 15, 1854.

- **Assessor's Parcel Number 348-074-06**

  Addresses (2):   9754 South Leonard Avenue, Selma, California 93662
  9714 South Leonard Avenue, Selma, California 93662

  Legal Description: The following described real property in the unincorporated area County of Fresno, State of California;

  The North half of the Southwest quarter of the Southeast quarter of section 25, Township 15 South, Range 21 East, M.D.B.& M. according to the United States Government Township Plat.

  Excepting therefrom 221.6 feet West of the centerline of Huntsman Ditch, said exception having 221.6 feet frontage, 405 feet depth on the North line and 381 feet depth on the South Line.

  Also excepting therefrom the North 75 feet of the West 581 feet of the North half of the Southwest quarter of the Southeast quarter of section 25, Township 15 South, Range 21 East, M.D.B.& M., according to the United States Government Township Plats

- **Assessor's Parcel Number 348-250-01**

  Address: 2 Acres Vacant Residential Land

  Legal Description: That portion of the South half of the Southwest quarter of the Southeast quarter of Section 25, Township 15 South, Range 21 East, Mount Diablo Base and

Meridian, according to the United States Government Township Plat approved by the Surveyor General on July 15, 1854, described as follows:

Beginning at the Northwest corner of the South half of the Southwest quarter of the Southeast quarter of said Section 25; thence along the North line of the South half of the Southwest quarter of said Section 25, South 89°50' East 381 feet; thence South 6°37' West 208 feet along the center line of the Huntsman Ditch; thence South 26°51' West 35.06 feet along the center line of said ditch; thence North 89°50' West 341.2 feet; thence North 238 feet along the center line of said Section 25 to the point of beginning.