# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| **GREAT AMERICAN INSURANCE COMPANY,** | 1:06-CV-00392-AWI-DLB |
| **Plaintiff,** | **ORDER GRANTING IN PART GREAT AMERICAN INSURANCE COMPANY'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PRELIMINARY INJUNCTION** |
| v. | |
| **M.J. MENEFEE CONSTRUCTION, INC., a California corporation; MICHAEL J. MENEFEE, an individual; and DEBORAH MENEFEE, an individual,** | |
| **Defendants.** | |

On June 8, 2006, Plaintiff filed an Ex Parte Application for an Order Shortening Time for a Hearing on Plaintiff's Motion for a Preliminary Injunction ("Application").  In the Application, Plaintiff seeks the right to have a June 19, 2006 hearing date on its Motion for a Preliminary Injunction to avoid immediate and irreparable injury should the motion have to be noticed pursuant to the timetable proscribed in Local Rule 78-230(b).  Plaintiff's Motion for a Preliminary Injunction requests that the court prohibit Defendants from disbursing their assists or encumbering their assists, provide Plaintiff is documents concerning the claims third parties have made on the insurance policy, and open a trust account.  Plaintiff expresses concern that by the time judgement is issued in this action, Defendants will no longer have sufficient available assets to satisfy a judgment.

On June 12, 2006, Defendant Michael Menefee filed an opposition to Plaintiff's Application. Defendant Michael Menefee contends that if the court shortens time, Plaintiff will discontinue dealing with Defendants on collecting money where Defendants were wrongfully terminated from projects.

After consideration of the briefs, and good cause appearing therefore, the court finds a expedited hearing on Plaintiff's motion is warranted. However, the court finds Plaintiff has failed to show a need for a June 19, 2006 hearing date. While Plaintiff provides evidence that Defendants recently encumbered their real property, any concerns about further encumbrances to real property have been resolved by the court's order granting Plaintiff's request for writs of attachment. Plaintiff also provides evidence that Plaintiff's attorney was orally told Defendants have given two cars away. The court does not find Plaintiff's evidence of Defendants' disbursement so great as to require a hearing without giving Defendants, who are currently unrepresented by an attorney, little, if any, time to file an opposition to the Motion for a Preliminary Injunction. On the other hand, Defendant Michael Menefee's opposition to the Application provides few grounds to deny the Application. Michael Menefee contends that if the court grants the Application, Plaintiff will cease to settle the claims in good faith. Defendant Michael Menefee alleges that not all claims submitted to Plaintiff should be paid because Defendants were wrongfully terminated from projects. Defendant Michael Menefee alleges that if the court grants the Application, Plaintiff will stop working with Defendants to determine which claims are legitimate and should be paid by Plaintiff. Defendant Michael Menefee provides no evidence or clear argument on why or even whether Plaintiff would stop determining the legitimacy of pending claims if the Application is granted. As such, other than the need for time to file a formal opposition to the Motion for a Preliminary Injunction, Defendant Michael Menefee's opposition provides little cause to not shorting time slightly.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Application is GRANTED in part;

2. Plaintiff's Motion for a Preliminary Injunction shall be heard by this court on Monday, June 26, 2006, at 1:30 p.m. in Courtroom 2;

3. Defendants may file an opposition to Plaintiff's Motion for a Preliminary Injunction, if any, by 1:30 p.m. on Monday, June 19, 2006;

4. Plaintiff SHALL personally serve Plaintiff's Motion for Preliminary Injunction and this Order Shortening Time on Defendants by 1:30 p.m. on Wednesday, June 14, 2006;

5. The Clerk of the Court is DIRECTED to serve a courtesy copy of this order on:

>     Michael Menefee
>     9754 S. Leonard
>     Selma, California   93662

IT IS SO ORDERED.

**Dated:   June 13, 2006**                     **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE