James D. Curran, Esq.      SBN 126586
Jaime E. Godin, Esq.       SBN 233187
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:   (415) 982-9390
Facsimile:   (415) 982-4328

Attorneys for
GREAT AMERICAN INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | Case No. 1:06-CV-00392-AWI-DLB |
| Plaintiff, | |
| v. | **NOTICE OF GREAT AMERICAN INSURANCE COMPANY'S MOTION TO DISMISS AND/OR STRIKE COUNTERCLAIM** |
| M.J. MENEFEE CONSTRUCTION, INC., a California corporation; MICHAEL J. MENEFEE, an individual; and DEBORAH MENEFEE, an individual, | (FRCP 12(b)(6), 12(f)) |
| Defendants. | Date:   August 14, 2006<br>Time:   1:30 p.m.<br>Dept.:  Courtroom 2<br>Judge:  Hon. Anthony W. Ishii |
| MICHAEL MENEFEE, an individual, | |
| Counter Claimant, | |
| v. | |
| GREAT AMERICAN INSURANCE COMPANY, | |
| Counter Defendant. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

2  PLEASE TAKE NOTICE that at 1:30 p.m., on August 14, 2006, or as soon
3  thereafter as counsel may be heard, in the courtroom of the Honorable Anthony W. Ishii,
4  located at 2500 Tulare Street, Fresno, California 93721, plaintiff and counter defendant
5  GREAT AMERICAN INSURANCE COMPANY ("Great American") will move for the
6  Court to dismiss and/or strike the Counterclaim of defendant and counter claimant
7  MICHAEL J. MENEFEE ("Michael Menefee") for Breach of the Implied Covenant of Good
8  Faith and Fair Dealing, Unfair and Deceptive Claim Actions, and Failure of Contractual
9  Obligations, in its entirety.

10  This motion will be made pursuant to Federal Rules of Civil Procedure 12(b)(6) and
11  12 (f), on the grounds that Michael Menefee's Counterclaim is untimely; Michael Menefee
12  does not have standing to assert claims against Great American on behalf of defendants
13  DEBORAH MENEFEE and M.J. MENEFEE CONSTRUCTION, INC.; Michael Menefee
14  fails to state a claim upon which relief can be granted; and Michael Menefee fails to allege
15  facts sufficient to constitute a claim for lost profit, lost revenue, or punitive damages.

16  Great American will be requesting the following relief from the Court:

17  (1)   That the Counterclaim be dismissed in its entirety, pursuant to Federal Rule
18  of Civil Procedure 12(b)(6).

19  *Or, in the alternative*,

20  (2)   That the Court dismiss the following three causes of action asserted by
21  Michael Menefee in his Counterclaim pursuant to Federal Rule of Civil Procedure 12(b)6:

22  • Breach of the Implied Covenant of Good Faith and Fair Dealing;
23  • Unfair and Deceptive Claim Actions; and/or
24  • Failure of Contractual Obligations.

25  (3)   That the Court strike the following claims from Michael Menefee's
26  Counterclaim pursuant to Federal Rule of Civil Procedure 12(f):

27  1. "[Great American's] failure to continue bonding . . . has caused
28  lost profits and punitive damages." (Counterclaim, 1:13-14.)

1.

2. "[Great American's] failure to . . . properly investigate claims has caused lost profits and punitive damages." (Counterclaim, 1:13-14.)

3. "[Great American's] improper investigation resulted in the take over agreement with Bond Obligee on September 27, 2005." (Counterclaim, 1:15-16.)

4. "[Michael Menefee] submitted pay estimate (sic) to [Great American] and was informed by [Great American] that 'all we have done on the Madera County projects is monitor the completion of the work.'" (Counterclaim, 2:2-4.)

5. "Had [Great American] supported [Michael Menefee] in denial of the termination on the Madera County projects and City of Fresno projects, [Michael Menefee] would have been allowed the opportunity to resolved (sic) the dispute and recover additional compensation from obliges (sic)." (Counterclaim, 2:4-7.)

6. "Actions by [Great American] interfering with [Michael Menefee's] business with take over agreements, and letters to agencies that have contracts with [Michael Menefee] to not pay [Michael Menefee] for work performed, has allowed the obliges (sic) to recover an amount greater than would have been recovered if [Great American] had not acted." (Counterclaim, 2:8-11.)

7. "[Great American's] actions have resulted in financial hardship on [Michael Menefee] resulting in additional bond claims." (Counterclaim, 2:12-13.)

8. "Actions of [Great American] that resulted in the interference of normal business practices of [Michael Menefee] have voided the contractual obligation of the Indemnity Agreement." (Counterclaim, 2:13-15.)

1    (4)    That the Court strike the following claims for damages asserted by Michael
2 Menefee in his Counterclaim pursuant to Federal Rule of Civil Procedure 12(f):

- The claim for punitive damages;
- The claim for lost profits; and/or
- The claim for lost revenue.

This motion will be based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and the Request for Judicial Notice, and on such further argument and evidence as may be presented at the hearing.  This motion is also based on all of the pleadings and other documents on file in this action.

Dated:  July 10, 2006

WOLKIN • CURRAN, LLP

*Original signature retained by attorney.*
*s/James D. Curran*

By:_____
James D. Curran

Attorneys for Plaintiff
GREAT AMERICAN INSURANCE COMPANY