IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>         **Plaintiff**,<br>  v.<br><br>M.J. MENEFEE CONSTRUCTION, INC., a California Corporation; MICHAEL J. MENEFEE, an individual; and DEBORAH MENEFEE, an individual,<br><br>         **Defendants.** | CV F 06-0392 AWI DLB<br><br>**ORDER VACATING AUGUST 14, 2006 HEARING AND TAKING MOTION TO DISMISS UNDER SUBMISSION** |

      Plaintiff Great American Insurance Company has noticed for hearing and decision a motion to dismiss and/or strike Defendants' counterclaim. The matter was scheduled for hearing to be held on August 14, 2006. Pursuant to Local Rule 78-230(c), Defendants were required to file either an opposition or a notice of non-opposition no later than July 31, 2006. Defendants failed to do so.

      Due to Defendants' failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules. See 78-230(c). Defendants are further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Plaintiff's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 14,
2  2006, is VACATED, and no party shall appear at that time.  As of August 14, 2006,  the court
3  will take the matter under submission, and will thereafter issue its decision.
4  IT IS SO ORDERED.

5  **Dated:**   **August 4, 2006**                              **/s/ Anthony W. Ishii**
   9h0d30                                                      UNITED STATES DISTRICT JUDGE

2