# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br>　　v.<br><br>M.J. MENEFEE CONSTRUCTION, INC., a California Corporation; MICHAEL J. MENEFEE, an individual; and DEBORAH MENEFEE, an individual,<br><br>　　　　Defendants. | CV F 06-0392 AWI DLB<br><br>**ORDER VACATING AUGUST 14, 2006 HEARING AND EX PARTE APPLICATION FOR ORDER TO SHOW CAUSE UNDER SUBMISSION** |

　　　Plaintiff Great American Insurance Company has noticed for hearing and decision an ex parte application for the court to issue an order to show cause regarding contempt. Plaintiff scheduled their application for hearing to be held on August 14, 2006. The court has reviewed Plaintiff's application and the applicable law, and has determined that the application is suitable for decision without oral argument. See Local Rule 78-230(h).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 14, 2006, is VACATED, and no party shall appear at that time. As of August 14, 2006, the court will take the ex parte application under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:　August 4, 2006**　　　　　　　　　　/s/ Anthony W. Ishii
9h0d30　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE