IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREAT AMERICAN INSURANCE,

           Plaintiff,

  vs.

MJ MENEFEE CONSTRUCTION, INC., et al.,

           Defendants.
                                      /

CASE NO. CV-F-06-392 AWI DLB

ORDER RE REQUEST FOR DISCOVERY

[Doc. 92]

      On September 25, 2006, Defendant Michael Menefee filed a document entitled "Request for discovery" in which he requests the production of documents, presumably from Plaintiff.

      Defendant is advised that discovery is self-executing until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure, *see*, Rules 30 to 36. Interrogatories, requests for admissions, requests for production of documents, and responses thereto shall not be filed with the court until there is a proceeding in which the document or proof of service is at issue. Such documents are to be served on the opposing party, and not with the court. Local Rules 33-250, 34-250 and 36-250.

      Defendant is also advised for future reference, that he may not represent MJ Menefee Construction, Inc. A "corporation may appear in the federal courts only through licensed counsel." *Rowland v. California Men's Colony*, 506 U.S. 194, 202, 113 S.Ct. 716, 721 (1993); *United States v.*

1 *High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).  All artificial entities must
2 appear in federal court through counsel. *Rowland*, 506 U.S. at 202, 113 S.Ct. at 721.  This Court's Local
3 Rule 83-183(a) provides: "A corporation or other entity may appear only by an attorney."

      IT IS SO ORDERED.

   **Dated:**   **September 28, 2006**             **/s/ Dennis L. Beck**
7 3b142a                                          UNITED STATES MAGISTRATE JUDGE