# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | CASE NO. CV F 06-0392 LJO DLB |
| Plaintiff, | **ORDER TO FILE DEFAULT JUDGMENT PAPERS OR STATUS REPORT** |
| vs. | |
| M.J. MENEFEE CONSTRUCTION, INC. et al., | |
| Defendants. | |

Based on plaintiff's April 25, 2008 status report, this Court ORDERS plaintiff, no later than May 23, 2008, to file: (1) default judgment papers; or (2) a status report to include plaintiff's proposals to proceed with this action.

IT IS SO ORDERED.

**Dated:   April 28, 2008**                           /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE

1