# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | CASE NO. CV F 06-0392 LJO DLB |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |
| vs. | |
| M.J. MENEFEE CONSTRUCTION, INC. et al., | |
| Defendants. / | |

This Court issued its April 28, 2008 order to require plaintiff, no later than May 23, 2008, to file: (1) default judgment papers; or (2) a status report to include plaintiff's proposals to proceed with this action. Plaintiff has not formally complied with the order although counsel informed chambers that counsel planned to file soon default judgment papers. As such, this Court ORDERS plaintiff, no later than June 20, 2008, to file papers to show cause why this action should not be dismissed for failure to file default judgment papers and to prosecute this action. **This Court ADMONISHES plaintiff that it will dismiss this action if plaintiff fails to comply with this order and fails to justify why this action should not be dismissed.** This order to show cause will be discharged if plaintiff files, no later than June 19, 2008, default judgment papers.

IT IS SO ORDERED.

**Dated:   June 9, 2008**                                    **/s/ Lawrence J. O'Neill**

1

UNITED STATES DISTRICT JUDGE