# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | ) | 1:06cv0392 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) | (Document 134) |
| M.J. MENEFEE, et al., | ) | |
| Defendants. | ) | |

On August 4, 2008, the Magistrate Judge issued Findings and Recommendation that Plaintiff's motion for default judgment be granted. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty (20) days of the date of service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 4, 2008, is ADOPTED IN FULL;

2. Plaintiff's motion for default judgment is GRANTED and judgment entered in favor of Plaintiff and against Defendant Deborah Menefee;

3. Plaintiff be AWARDED monetary damages in the amount of $2,481,312.90.

IT IS SO ORDERED.

Dated:   August 29, 2008                    /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE