James D. Curran, Esq.        SBN 126586
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:     (415) 982-9390
Facsimile:     (415) 982-4328

Attorneys for Plaintiff,
GREAT AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>M.J. MENEFEE CONSTRUCTION, INC., a California corporation; MICHAEL J. MENEFEE, an individual; and DEBORAH MENEFEE, an individual,<br><br>Defendants. | Case No. 1:06-CV-00392-LJO-DLB<br><br>**ORDER ON STIPULATION FOR JUDGMENT** |

    Plaintiff GREAT AMERICAN INSURANCE COMPANY ("Great American"), and defendants M.J. MENEFEE CONSTRUCTION, INC. ("Menefee Construction") and MICHAEL J. MENEFEE ("Menefee") (collectively, "Defendants"), entered into a Stipulation for Judgment filed with the Court on June 17, 2008, as Document 122.

    Based on the Stipulation for Judgment, This Court:

    1.    GRANTS judgment is granted in favor of Plaintiff Great American and against Defendants Michael J. Menefee and Menefee Construction; and

    2.    AWARDS Plaintiff Great American monetary damages in the amount of

1.

1  $1,918,084.13, plus attorney's fees and costs of $224,094.50, for a TOTAL AWARD of

2  **$2,142,178.63**.

3      IT IS SO ORDERED.

4      The Clerk is directed to close this action.

5  Dated:  September 3, 2008                    ___/s/  Lawrence J. O'Neill_ ___
                                                UNITED STATES DISTRICT JUDGE