James D. Curran, Esq.        SBN 126586
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:    (415) 982-9390
Facsimile:    (415) 982-4328

Attorneys for Plaintiff,
GREAT AMERICAN INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | Case No. 1:06-CV-00392-LJO-DLB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| M.J. MENEFEE CONSTRUCTION, INC., a California corporation; MICHAEL J. MENEFEE, an individual; and DEBORAH MENEFEE, an individual, | |
| Defendants. | |

Based on the record, this Court ENTERS Judgment in favor of Plaintiff GREAT AMERICAN INSURANCE COMPANY, and against Defendants M.J. MENEFEE CONSTRUCTION, INC. and MICHAEL J. MENEFEE, in accordance with the Court's Order of September 3, 2008 (Document 138).  Plaintiff GREAT AMERICAN INSURANCE COMPANY is awarded monetary damages jointly and severally against Defendants M.J. MENEFEE CONSTRUCTION, INC. and MICHAEL J. MENEFEE in the amount of $2,142,178.63.

This Court further ENTERS judgment in favor of Plaintiff GREAT AMERICAN INSURANCE COMPANY, and against defendant DEBORAH MENEFEE, in accordance

1  with the Court's Order of August 29, 2008 (Document 136).  Plaintiff GREAT AMERICAN
2  INSURANCE COMPANY is awarded monetary damages against Defendant DEBORAH
3  MENEFEE in the amount of $2,481,312.90.
4       IT IS SO ORDERED AND ADJUDGED.

6  Dated:  September 3, 2008               ___/s/  Lawrence J. O'Neill_ ___
                                                 UNITED STATES DISTRICT JUDGE